IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| LEWIS COSBY, on behalf of himself and all others similarly situated, | ) ) ) | CLASS ACTION |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:16-cv-00121 |
| DELOY MILLER, SCOTT M. BORUFF, PAUL W. BOYD, CHARLES M. STIVERS, DAVID M. HALL, MERRILL A. McPEAK, JONATHAN S. GROSS, DAVID J. VOYTICKY, DON A. TURKLESON, GERALD HANNAHS, MARCEAU N. SCHLUMBERGER, BOB G. GOWER, JOSEPH T. LEARY, WILLIAM B. RICHARDSON, CARL E. GIESLER, JR., A. HAIG SHERMAN, and KPMG, LLP, | ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT KPMG, LLP TO ANSWER, MOVE AGAINST, OR OTHERWISE RESPOND TO COMPLAINT**

Defendant KPMG, LLP ("KPMG") moves this Court for an extension of time to answer, move against, or otherwise respond to Plaintiff's Complaint. In support of this motion, KPMG states as follows:

1. KPMG was served with the summons and complaint March 31, 2016, making its answer, motion to dismiss, or other response to the Complaint due on April 21, 2016.

2. Once all parties are served, the parties may seek a comprehensive schedule for deadlines set forth under the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), including dates for filing motions for the appointment of lead plaintiff, for said lead counsel to retain counsel, and for an "operative" complaint to be filed consolidating lead plaintiff's claims with the existing Complaint.

3. Undersigned counsel has contacted Plaintiff's counsel, Gordon Ball, to request an extension to June 1, 2016 to answer or otherwise respond to the Complaint, pending entry of any comprehensive scheduling order. Mr. Ball has stated that he does not oppose the request or this Motion.

4. This is KPMG's first request for an extension of time to respond to Plaintiff's Complaint.

WHEREFORE, for the foregoing reasons, KPMG moves this Court to enter an Order extending the time for it to answer, move against, or otherwise respond to the Complaint to June 1, 2016.

Respectfully submitted,

s/Paul S. Davidson
Paul S. Davidson (TN BPR # 011789)
Tera Rica Murdock (TN BPR #028153)
Katie H. Blankenship (TN BPR #033208)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Phone: 615-244-6380
Email: paul.davidson@wallerlaw.com
Email: terarica.murdock@wallerlaw.com
Email: katie.blankenship@wallerlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2016, a copy of the foregoing was filed electronically and served via the Court's CM/ECF system on the following:

Gordon Ball
Gordon Ball PLLC
Suite 600, 550 Main Street
Knoxville, TN 37902

And via first-class mail upon the following:

| | | |
|---|---|---|
| DELOY MILLER<br>815 South Lake Drive<br>Oneida, Tennessee 97841 | SCOTT M. BORUFF<br>5628 Lyons View Pike<br>Knoxville, Tennessee 37919 | PAUL W. BOYD<br>8125 Ainsworth Drive<br>Knoxville, Tennessee 37909 |
| CHARLES M. STIVERS<br>118 Richmond Road<br>Manchester, Kentucky 40962 | DAVID M. HALL<br>48110 David Hall Road<br>Kenai, Alaska 99611 | MERRILL A. McPEAK<br>123 Furnace Street<br>Lake Oswego, Oregon 97034 |
| GERALD HANNAHS<br>17710 Leatha Lane<br>Little Rock, AR 72223 | DAVID J. VOYTICKY<br>1352 Discovery Bay Blvd<br>Discovery Bay, CA 94505 | DON A. TURKLESON<br>6311 Rodrigo Street<br>Houston, Texas 77007 |
| JONATHAN S. GROSS<br>9002 Chimney Rock Road<br>Suite G-244<br>Houston, TX 77096 | A. HAIG SHERMAN<br>6900 North Dallas Parkway<br>Suite 500<br>Plano, TX 75024 | CARL E. GIESLER, JR.<br>1001 Louisiana<br>Ste. 3100<br>Houston, TX 77002 |
| JOSEPH T. LEARY<br>704 East 12th Street<br>Houston, Texas 77008 | WILLIAM B. RICHARDSON<br>1058 Encantado Drive<br>Santa Fe, New Mexico 87501 | BOB G. GOWER<br>402 Timberwilde Lane<br>Houston, Texas 77024 |

MARCEAU N. SCHLUMBERGER
18 Dante Street
Larchmont, New York 10538

s/ Paul S. Davidson
Paul S. Davidson