## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## KNOXVILLE DIVISION

| | | |
|---|---|---|
| LEWIS COSBY and KENNETH R. MARTIN as beneficiary of the Kenneth Ray Martin Roth IRA, on behalf of themselves and all others similarly situated, | ) ) ) ) | CLASS ACTION |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:16-cv-00121 |
| KPMG, LLP, et al., | ) ) | Varlan/Shirley |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF FILING CORRECTED TABLE OF CONTENTS TO AMENDED CLASS ACTION COMPLAINT [DOC. 35]

**NOW INTO COURT** come the Plaintiffs, Lewis Cosby and Kenneth R. Martin, as beneficiary of the Kenneth Ray Martin Roth IRA ("Plaintiffs"), by and through their undersigned counsel, and gives notice of the filing of a Corrected Table of Contents to their Amended Class Action Complaint.

Plaintiffs' Amended Class Action Complaint was timely filed yesterday [May 8, 2017] as ECF Doc. 35. After receiving ECF-notification of the filing, the undersigned noticed that the Table of Contents, appearing on pages 2-4 of the filing [Doc. 35, Page ID#: 391-393], contained several textual and/or pagination errors, most of which occurred during the file conversion process. To insure that the Court and parties have a correct reference to the 97-page Amended Class Action Complaint, a Corrected Table of Contents is attached hereto as Exhibit 1.

For ease of reference, a Corrected First Amended Complaint is attached hereto as Exhibit 2, with the only correction being the Corrected Table of Contents.

Respectfully submitted, this 9th day of May, 2017.

/s/ Gordon Ball
Gordon Ball
TN BPR#001135
Lance K. Baker
Tenn. Bar #: 032945
GORDON BALL PLLC
Ste. 600, 550 Main Street
Knoxville, TN 37902
Tel: (865) 525-7028
Fax: (865) 525-4679
gball@gordonball.com

*Lead Counsel for Plaintiffs*

Steven J. Toll
Times Wang
COHEN MILSTEIN
   SELLERS & TOLL PLLC
1100 New York Ave. NW
Suite 500
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699
stoll@cohenmilstein.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was submitted electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This 9th day of May, 2017.

*/s/ Gordon Ball*
Gordon Ball