IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

```
------------------------------------------------------------X
                                                            :
LEWIS COSBY and KENNETH R. MARTIN, as                       :   No. 3:16-cv-121
beneficiary of the Kenneth Ray Martin Roth IRA, on          :
behalf of themselves and all others similarly situated,     :
                                                            :
                        Plaintiffs,                         :
                                                            :
                v.                                          :
                                                            :
KPMG LLP and SCOTT M. BORUFF,                               :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
```

## MOTION TO DISMISS OF KPMG LLP

KPMG LLP ("KPMG") moves the Court, pursuant to Rule 12(b)(6), to dismiss the Amended Class Action Complaint. Plaintiffs' two claims against KPMG, under Section 10(b) of the Securities Exchange Act of 1934, based on KPMG's work as auditors for Miller Energy Resources, Inc., must be dismissed. *First*, Plaintiffs have not alleged facts giving rise to the "strong" inference of scienter required by the Private Securities Litigation Reform Act, 15 U.S.C. §78u4(b)(3)(A). *Second*, Plaintiffs have not pleaded loss causation under *Dura Pharmaceuticals v. Broudo*, 544 U.S. 336 (2005). *Third*, filed more than two years after discovery of the relevant facts, the claims are time-barred under 28 U.S.C. § 1658(b). *Fourth*, the "scheme" liability claim (Count Five) fails for the additional reason that it is invalid under *Stoneridge Investment Partners, LLC v. Scientific-Atlanta, Inc.*, 552 U.S. 148 (2007).

KPMG further relies on its Memorandum of Law and the Declaration of Tera Rica Murdock, with accompanying exhibits, each of which is filed contemporaneously herewith.

KPMG requests that the Court grant its motion to dismiss. Because Plaintiffs have already amended their complaint once, and because the grounds for dismissal are insurmountable, KPMG request that dismissal be with prejudice.

Dated: July 7, 2017

Respectfully submitted,

s/ Paul S. Davidson
Paul S. Davidson (TN BPR # 011789)
Tera Rica Murdock (TN BPR #028153)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Phone: 615-244-6380
Email: paul.davidson@wallerlaw.com
Email: terarica.murdock@wallerlaw.com

Gary F. Bendinger (**pro hac vice pending**)
Gregory G. Ballard (**pro hac vice pending**)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: +1 212 839-5300
Email: gbendinger@sidley.com
Email: gballard@sidley.com

Attorneys for Defendant KPMG LLP

# CERTIFICATE OF SERVICE

       I hereby certify that on July 7, 2017, a copy of the foregoing was filed electronically and served via the Court's CM/ECF system on the following:

Gordon Ball
Gordon Ball PLLC
550 West Main Street, Suite 600
Knoxville, TN 37902

Lance Kristopher Baker
The Baker Law Firm
550 West Main Street, Suite 600
Knoxville, TN 37902

Steven J Toll
Times Wang
Cohen, Milstein, Sellers & Toll PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005-3934

*Attorneys for Plaintiffs*

       And via first-class mail upon the following:

SCOTT M. BORUFF
5628 Lyons View Pike
Knoxville, Tennessee 37919

                                                     s/ Paul S. Davidson
                                                     Paul S. Davidson

4814-1444-7947.1

3

Case 3:16-cv-00121-TAV-DCP   Document 46   Filed 07/07/17   Page 3 of 3   PageID #: 644