Exhibit 1

# CERTIFICATION

I, __MARTIN WEAKLEY__, hereby certifies as follows:

1. I have reviewed the Second Amended Class Action Complaint (the "Complaint") in this matter and authorize the filing of this Certification.

2. I am willing to serve as a representative party on behalf of the Section 11 Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

3. During the Class Period (as defined in the Complaint), I purchased and/or sold securities that are the subject of the Complaint as set forth on the attached Schedule A.

4. I did not engage in the foregoing transactions at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

5. I have not sought to serve, or served, as a representative party on behalf of a class in any private action arising under the Securities Act or the Exchange Act filed during the three-year period preceding the date of my signing this Certification.

6. I will not accept any payment for serving as a class representative on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the class or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed this 16th day of September, 2017.

_[Signature]_
Signature

__MARTIN WEAKLEY__
Print Name

## SCHEDULE A

*Series C Transactions:*

| Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 7/31/2013 | Purchase | 500 | 21.43 |
| 8/19/2013 | Purchase | 200 | 20.98 |
| 8/22/2013 | Purchase | 300 | 21.15 |
| 12/5/2013 | Purchase | 500 | 26.37 |
| 12/27/2013 | Purchase | 300 | 25.75 |
| 12/27/2013 | Purchase | 100 | 22.80 |
| 12/30/2013 | Purchase | 200 | 24.69 |
| 1/13/2014 | Purchase | 400 | 24.73 |
| 2/26/2014 | Purchase | 500 | 24.90 |
| 4/9/2014 | Purchase | 300 | 24.93 |
| 5/14/2014 | Purchase | 200 | 25.26 |
| 5/22/2014 | Sale | 300 | 25.30 |
| 6/23/2014 | Sale | 1,000 | 25.95 |
| 10/14/2014 | Purchase | 1,000 | 20.80 |
| 10/14/2014 | Purchase | 1,000 | 19.12 |
| 10/14/2014 | Purchase | 1,000 | 18.18 |
| 10/28/2014 | Sale | 1,000 | 22.58 |
| 10/30/2014 | Sale | 100 | 23.06 |
| 11/14/2014 | Sale | 200 | 22.99 |
| 12/1/2014 | Sale | 700 | 16.05 |
| 12/1/2014 | Purchase | 100 | 18.06 |
| 12/2/2014 | Purchase | 100 | 19.55 |
| 12/2/2014 | Purchase | 100 | 19.51 |
| 12/4/2014 | Purchase | 100 | 19.30 |
| 12/5/2014 | Sale | 700 | 16.55 |

| Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 12/5/2014 | Sale | 100 | 16.07 |
| 12/5/2014 | Sale | 100 | 16.10 |
| 12/5/2014 | Sale | 300 | 16.09 |
| 12/5/2014 | Sale | 100 | 16.26 |
| 12/5/2014 | Sale | 100 | 16.25 |
| 12/5/2014 | Sale | 100 | 16.25 |
| 12/5/2014 | Sale | 100 | 16.10 |
| 12/5/2014 | Sale | 300 | 16.07 |
| 12/5/2014 | Sale | 100 | 16.22 |
| 12/5/2014 | Sale | 900 | 16.33 |
| 12/5/2014 | Sale | 500 | 15.10 |

*Series D Transactions:*

| Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 8/20/2014 | Purchase | 1,000 | 24.55 |
| 8/21/2014 | Purchase | 1,000 | 24.40 |
| 10/14/2014 | Purchase | 1,000 | 20.02 |
| 10/14/2014 | Purchase | 754 | 18.06 |
| 10/15/2014 | Purchase | 500 | 16.53 |
| 10/24/2014 | Purchase | 500 | 23.14 |
| 10/24/2014 | Purchase | 246 | 23.00 |
| 10/28/2014 | Purchase | 1,000 | 21.56 |
| 10/29/2014 | Purchase | 1,000 | 21.21 |
| 11/4/2014 | Purchase | 1,000 | 21.25 |
| 11/11/2014 | Sale | 1,000 | 22.85 |
| 11/13/2014 | Purchase | 800 | 21.75 |
| 11/14/2014 | Purchase | 200 | 21.75 |

| Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 11/17/2014 | Purchase | 500 | 21.46 |
| 11/18/2014 | Purchase | 1,000 | 21.18 |
| 11/19/2014 | Purchase | 500 | 21.13 |
| 11/21/2014 | Purchase | 500 | 21.03 |
| 11/21/2014 | Purchase | 500 | 21.00 |
| 12/2/2014 | Purchase | 100 | 17.80 |
| 12/2/2014 | Purchase | 100 | 17.70 |
| 12/4/2014 | Purchase | 100 | 17.10 |
| 12/5/2014 | Sale | 200 | 14.10 |
| 12/5/2014 | Sale | 75 | 14.00 |
| 12/5/2014 | Sale | 100 | 13.60 |
| 12/5/2014 | Sale | 100 | 13.61 |
| 12/5/2014 | Sale | 100 | 13.67 |
| 12/5/2014 | Sale | 1,000 | 13.99 |
| 12/5/2014 | Sale | 100 | 13.80 |
| 12/5/2014 | Sale | 100 | 13.84 |
| 12/5/2014 | Sale | 224 | 13.90 |
| 12/5/2014 | Sale | 100 | 12.62 |
| 12/5/2014 | Sale | 1,000 | 12.51 |
| 12/5/2014 | Sale | 500 | 12.50 |
| 12/5/2014 | Sale | 500 | 12.83 |
| 12/5/2014 | Sale | 100 | 12.55 |
| 12/5/2014 | Sale | 100 | 12.02 |
| 12/5/2014 | Sale | 100 | 12.02 |
| 12/5/2014 | Sale | 100 | 12.02 |
| 12/5/2014 | Sale | 100 | 12.02 |
| 12/5/2014 | Sale | 100 | 12.03 |
| 12/5/2014 | Sale | 300 | 12.12 |

| Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 12/5/2014 | Sale | 500 | 12.75 |
| 12/5/2014 | Sale | 200 | 13.20 |
| 12/5/2014 | Sale | 200 | 13.37 |
| 12/8/2014 | Sale | 500 | 11.32 |
| 12/8/2014 | Sale | 100 | 11.09 |
| 12/8/2014 | Sale | 100 | 11.00 |
| 12/8/2014 | Sale | 100 | 11.00 |
| 12/8/2014 | Sale | 500 | 11.00 |
| 12/8/2014 | Sale | 500 | 11.00 |
| 6/3/2015 | Purchase | 199 | 3.15 |