# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| LEWIS COSBY and KENNETH R. MARTIN, as beneficiary of the Kenneth Ray Martin Roth IRA, and MARTIN WEAKLEY on behalf of themselves and all others similarly situated, ) ) ) ) ) | CLASS ACTION |
| Plaintiffs, ) ) | JURY TRIAL DEMANDED |
| v. ) ) | No. 3:16-cv-00121 |
| KPMG, LLP, ) ) ) | |
| Defendant. ) | |

## ORDER ON JOINT MOTION TO EXCEED PAGE LIMITATION

This matter comes before the Court on the parties' Joint Motion to Exceed page Limitation, which was filed on October 12, 2017. For good cause shown, and in the interest of fairness, the joint motion is GRANTED. Accordingly, it is ORDERED that:

1. Defendant KPMG, LLP may file a memorandum of law in support of any Motion to Dismiss the Second Amended Complaint in excess of the page limit provided for in Local Rule 7.1(b), but not to exceed forty (40) pages.

2. The Plaintiffs may file a memorandum of law in support of their response to KPMG's Motion to Dismiss the Second Amended Complaint in excess of the page limit provided for in Local Rule 7.1(b), but not to exceed forty (40) pages.

It is so ORDERED this _____ day of October, 2017.

_____
Magistrate Judge C. Clifford Shirley, Jr.

APPROVED FOR ENTRY:

*s/ Gordon Ball (w/ permission)*
Gordon Ball, TN BPR #001135
Lance K. Baker, TN BPR #032945
GORDON BALL PLLC
Ste. 600, 550 Main Street
Knoxville, TN 37902
Tel: (865) 525-7028
Fax: (865) 525-4679
gball@gordonball.com
*Lead Counsel for Plaintiffs*

Steven J. Toll
Times Wang
COHEN MILSTEIN
   SELLERS & TOLL PLLC
1100 New York Ave. NW
Suite 500
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699
stoll@cohenmilstein.com
twang@cohenmilstein.com

Laura H. Posner
COHEN MILSTEIN
   SELLERS & TOLL PLLC
88 Pine St., 14th Floor
New York, NY 10005
Tel: 212-220-2925
Fax: 212-838-7745
lposner@cohenmilstein.com

*Counsel for Plaintiffs*

2

4826-8192-1873.1
Case 3:16-cv-00121-TAV-DCP   Document 61-1   Filed 10/12/17   Page 2 of 3   PageID #: 3359

*s/ Paul S. Davidson*
Paul S. Davidson (TN BPR # 011789)
Tera Rica Murdock (TN BPR #028153)
Katie H. Blankenship (TN BPR #033208)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN  37219
Phone:  615-244-6380
Email:  paul.davidson@wallerlaw.com
Email:  terarica.murdock@wallerlaw.com
Email:  katie.blankenship@wallerlaw.com

Gary F. Bendinger (pro hac vice)
Gregory G. Ballard (pro hac vice)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: +1 212 839-5300
Facsimile: +1 212 839-5599
Email: gbendinger@sidley.com
Email: gballard@sidley.com

*Attorneys for Defendant KPMG LLP*