# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

```
-------------------------------------------------------------X
                                                             :
LEWIS COSBY, KENNETH R. MARTIN, as                           :   No. 3:16-cv-121
beneficiary of the Kenneth Ray Martin Roth IRA,              :
and MARTIN WEAKLEY on behalf of themselves                   :
and all others similarly situated,                           :
                                                             :
                            Plaintiffs,                      :
                                                             :
            v.                                               :
                                                             :
KPMG LLP,                                                    :
                                                             :
                            Defendant.                       :
-------------------------------------------------------------X
```

## NOTICE OF FILING EXHIBITS 47-59 TO DECLARATION OF TERA RICA MURDOCK

Defendant KPMG LLP hereby gives notice of filing Exhibits 47–59 to the Declaration of Tera Rica Murdock.

| | |
|---|---|
| Dated: October 20, 2017 | s/ Paul S. Davidson |
| | Paul S. Davidson (TN BPR # 011789) |
| | Tera Rica Murdock (TN BPR #028153) |
| | WALLER LANSDEN DORTCH & DAVIS, LLP |
| | 511 Union Street, Suite 2700 |
| | Nashville, TN 37219 |
| | Phone: 615-244-6380 |
| | Email: paul.davidson@wallerlaw.com |
| | Email: terarica.murdock@wallerlaw.com |
| | |
| | Gary F. Bendinger (admitted pro hac vice) |
| | Gregory G. Ballard (admitted pro hac vice) |
| | SIDLEY AUSTIN LLP |
| | 787 Seventh Avenue |
| | New York, New York 10019 |
| | Telephone: +1 212 839-5300 |
| | Email: gbendinger@sidley.com |
| | Email: gballard@sidley.com |
| | |
| | Attorneys for Defendant KPMG LLP |

# CERTIFICATE OF SERVICE

      I hereby certify that on October 20, 2017, a copy of the foregoing was filed electronically and served via the Court's CM/ECF system on the following:

Gordon Ball
Gordon Ball PLLC
550 West Main Street, Suite 600
Knoxville, TN 37902

Lance Kristopher Baker
The Baker Law Firm
550 West Main Street, Suite 600
Knoxville, TN 37902

Steven J Toll
Times Wang
Laura Posner
Cohen, Milstein, Sellers & Toll PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005-3934

*Attorneys for Plaintiffs*

                                                        s/ Paul S. Davidson