# Exhibit 48 - Cosby v. KPMG, May 31, 2016

# Motion for Appointment as Co-Lead Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| LEWIS COSBY, on behalf of himself and all others similarly situated, | ) ) ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:16-cv-00121 |
| DELOY MILLER, et al., | ) ) | Varlan/Shirley |
| Defendants. | ) ) | |

**MOTION FOR APPOINTMENT OF CO-LEAD PLAINTIFFS
AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**

**NOW INTO COURT** come Lewis Cosby ("Cosby") and Kenneth R. Martin, as beneficiary of the Kenneth Ray Martin Roth IRA ("Martin") (collectively, "Movants"), by and through counsel, and hereby move this Court pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), for an order: (1) appointing them as Co-Lead Plaintiffs; and (2) approving their selection of Gordon Ball of Gordon Ball PLLC as Lead Counsel.

This Motion is made on the grounds that Cosby and Martin are the "most adequate plaintiffs" to serve as lead plaintiff pursuant to the Exchange Act. In support of this Motion, Movants submit a Memorandum of Law and the Declarations of Gordon Ball (Exhibit 1), Lewis Cosby (Exhibit 2), and Kenneth R. Martin (Exhibit 3).

**WHEREFORE**, Movants request that the Court enter an order appointing Lewis Cosby and Kenneth R. Martin (as beneficiary of the Kenneth Ray Martin Roth IRA), as Co-Lead Plaintiffs and approving their selection of Gordon Ball PLLC as Lead Counsel.

Respectfully submitted, this 31st day of May, 2016.

*/s/ Gordon Ball*
Gordon Ball, TN BPR#:001135
**GORDON BALL PLLC**
Ste. 600, 550 Main Street
Knoxville, TN 37902
Tel: (865) 525-7028
Fax: (865) 525-4679
Email: gball@gordonball.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was submitted electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This 31st day of May, 2016.

/s/ Gordon Ball
Gordon Ball