# Exhibit 52 - Gaynor v. Miller,
# November 8, 2017, Motion to Appoint Counsel
# and Lead Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| KENNETH GAYNOR, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>DELOY MILLER, et al.,<br><br>　　　　　　　　　Defendants. | Civil Action No. 3:15-CV-545-TAV-CCS<br><br>**(Consolidated)** |

**MOTION OF THE MILLER ENERGY INVESTORS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

PLEASE TAKE NOTICE that proposed lead plaintiffs Kenneth Gaynor, Marcia Goldberg, Gabriel R. Hull, and Christopher R. Vorrath ("Miller Energy Investors") hereby move this Court for an order pursuant to the Private Securities Litigation Reform Act of 1995: (1) appointing the Miller Energy Investors as Lead Plaintiff in the above-captioned action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §77z-1; (2) approving its selection of Robbins Geller Rudman & Dowd LLP and Barrett Johnston Martin & Garrison, LLC as Lead and Local Counsel, respectively; and (3) granting such other and further relief as the Court may deem just and proper. In support of this Motion, the Miller Energy Investors submit herewith a Memorandum of Law, the Declaration of Jack Reise, and a proposed Order.

Dated: November 8, 2016

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE (*pro hac vice*)
STEPHEN R. ASTLEY (*pro hac vice*)

*s/ Jack Reise*
JACK REISE

120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD, #032977 (*pro hac vice*)
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN (*pro hac vice*)
MARY K. BLASY (*pro hac vice*)
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*[Proposed] Lead Counsel for Plaintiffs*

BARRETT JOHNSTON MARTIN
  &amp; GARRISON, LLC
DOUGLAS S. JOHNSTON, JR., #5782
JERRY E. MARTIN, #20193 (*pro hac vice*)
TIMOTHY L. MILES, #21605
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)

*[Proposed] Local Counsel for Plaintiffs*

LAW OFFICES OF CURTIS V. TRINKO, LLP
CURTIS V. TRINKO (*pro hac vice*)
16 West 46th Street, 7th Floor
New York, NY 10036
Telephone: 212/490-9550
212/986-0158 (fax)

KRANENBURG
Werner R. Kranenburg
80-83 Long Lane
London EC1A 9ET
United Kingdom

*Additional Counsel for Plaintiffs*

- 2 -

Case 3:16-cv-00121-TAV-DCP Document 676 Filed 10/20/17 Page 4 of 5 PageID #: 5995
Case 3:16-cv-00232-TAV-CCS Document 68 Filed 11/08/16 Page 3 of 4 PageID #: 336

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. All others below will also be served by depositing a copy thereof in the United States mail, first-class, postage prepaid:

David J. Voyticky
2652 Midvale Avenue
Los Angeles, CA 90064

Gerald Hannahs
17710 Leatha Lane
Little Rock, AR 72223

William B. Richardson
1058 Encantado Drive
Santa Fe, NM 87501

Paul W. Boyd
8125 Ainsworth Drive
Knoxville, TN 37909

Charles M. Stivers
118 Richmond Road
Manchester, KY 40962

Scott Boruff
5628 Lyons View Pike
Knoxville, TN 37919

*Defendants*

HOLIFIELD JANICH & ASSOCIATES, PLLC
James Al Holifield, Jr.
Christina J. Haley
11907 Kingston Pike, Suite 201
Knoxville, TN 37934

*Attorneys for Plaintiff Gabriel R. Hull*

                                                  *s/Jack Reise*
                                                  JACK REISE

- 3 -

Case 3:16-cv-00121-TAV-DCP Document 678 Filed 10/20/17 Page 5 of 5 PageID #: 5996
Case 3:16-cv-00232-TAV-CCS Document 68 Filed 11/08/16 Page 4 of 4 PageID #: 3596