UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| LEWIS COSBY, KENNETH R. MARTIN, as beneficiary of the Kenneth Ray Martin Roth IRA, and MARTIN WEAKLEY on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.: 3:16-CV-121-TAV |
| KPMG, LLP, | ) ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is the parties' joint motion to stay this civil action [Doc. 74] pending the Court's ruling on defendant's motion to dismiss [Doc. 63]. Pursuant to the statutory requirements of the Private Securities Litigation Reform Act, "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss." 15 U.S.C. § 78u-4(b)3. In light of this, and the parties' agreement regarding a stay, the parties' motion [Doc. 74] is **GRANTED** and this action is **STAYED** pending the Court's ruling on defendant's motion to dismiss.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE