UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LEWIS COSBY, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> KPMG, LLP, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 3:16-CV-121-TAV-DCP |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Joint Motion of the Parties to Amend Scheduling Order ("Joint Motion") [Doc. 82]. Since the filing of the parties' Joint Motion, the undersigned has had two telephonic conferences, *see* [Docs. 88, 91], with the parties in order to determine an appropriate Scheduling Order in this case. The parties have now filed a Joint Notice of Filing the Parties' Fourth Proposed Amended Scheduling Order ("Joint Notice") [Doc. 92]. Accordingly, the Joint Motion of the Parties to Amend Scheduling Order [**Doc. 82**] is **DENIED AS MOOT**.

The Court has reviewed the parties' Joint Notice and will enter the proposed Scheduling Order, contemporaneously with the instant Order, with the following modifications:

1. *Daubert* motions shall be filed on or before **October 9, 2019**; and

1

2. The parties shall file their dispositive motions on or before **September 16, 2019**, and the Local Rules shall govern the briefing schedule, *see* E.D. Tenn. L.R. 7.1.

**IT IS SO ORDERED**.

ENTER:

/s/ Debra C. Poplin
Debra C. Poplin
United States Magistrate Judge