# COHEN MILSTEIN

Laura Posner
(212) 220-2925
lposner@cohenmilstein.com

March 18, 2018

The Honorable Debra C. Poplin
800 Market Street
Suite 144
Knoxville, TN 37902

Re: *Cosby et al. v. KPMG*, No. 3:16-cv-121

Dear Judge Poplin:

Plaintiffs in the above-referenced action filed their Motion to Certify Classes, Appoint Class Representatives, and Appoint Class Counsel ("Motion"), ECF No. 107, on March 15, 2019. Plaintiffs respectfully submit this letter to notify the Court of a typographical error on page three of the Motion. Therein, Plaintiffs defined the proposed Class Period as the time period from August 29, 2011 to October 21, 2015. *See* Mot. at 3. Instead, the proposed Class Period should have been defined as the time period from August 29, 2011 to July 30, 2015.

Respectfully submitted,

Laura H. Posner
Cohen Milstein Sellers & Toll PLLC
*Co-Lead Counsel for Plaintiffs*

Gordon Ball
Gordon Ball PLLC
*Lead Counsel for Plaintiffs*

cc: The Honorable Thomas A. Varlan
All Counsel of Record (by ECF)