UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| LEWIS COSBY, <br> KENNETH R. MARTIN, <br> as beneficiary of the <br> Kenneth Ray Martin Roth IRA, and <br> MARTIN WEAKLEY, on behalf of <br> themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KPMG, LLP, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No.: 3:16-CV-121-TAV-DCP |

## **ORDER**

Before the Court is plaintiffs' motion for class certification [Doc. 107]. Pursuant to 28 U.S.C. § 636, the motion [Doc. 107] is hereby **REFERRED** to the Honorable Debra C. Poplin, United States Magistrate Judge, for her consideration and determination or report and recommendation, as may be appropriate. In the interests of judicial economy and efficiency, this action is hereby **STAYED** pending resolution of plaintiffs' motion to certify, with the exception that the parties may file their respective response and reply associated with that motion.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE