UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| LEWIS COSBY, <br> KENNETH R. MARTIN, <br> as beneficiary of the <br> Kenneth Ray Martin Roth IRA, and <br> MARTIN WEAKLEY, on behalf of <br> themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KPMG, LLP, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No.: 3:16-CV-121-TAV-DCP |

## **ORDER**

Before the Court is plaintiffs' motion to substitute [Doc. 101]. Pursuant to 28 U.S.C. § 636, the motion [Doc. 101] is hereby **REFERRED** to the Honorable Debra C. Poplin, United States Magistrate Judge, for her consideration and determination or report and recommendation, as may be appropriate.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE