# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| LEWIS COSBY, KENNETH R. MARTIN, as beneficiary of the Kenneth Ray Martin Roth IRA and MARTIN WEAKLEY on behalf of themselves and all other similarly situated, <br><br> Plaintiffs, <br> v. <br><br> KPMG LLP, <br><br> Defendant. | Civil Action No. 3:16-cv-00121 <br> Judge Thomas A. Varlan <br> Magistrate Judge Debra C. Poplin |

## NOTICE OF CHANGE IN CONTACT INFORMATION

Gregory G. Ballard, attorney for Defendant KPMG LLP admitted *pro hac vice* in this matter, files this Notice advising that his contact information has changed, effective immediately.

**FROM:**
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
Telephone: 212-839-5300
Email: gballard@sidley.com

**TO:**
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173-1922
Telephone: 212-547-5330
Email: gballard@mwe.com

Dated: April 4, 2019

Respectfully submitted:

s/ Gregory G. Ballard
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173-122
Telephone: 212-547-5330
Email: gballard@mwe.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 4, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      Gordon Ball
      W. Gordon Ball, Attorney At Law
      7001 Old Kent Drive
      Knoxville, TN 37919
      gball@gordonball.com

      Steven J. Toll
      Cohen, Milstein, Sellers Toll PLLC
      1100 New York Avenue NW
      Fifth Floor
      Washington, DC 20005-3934
      stoll@cohenmilstein.com

      Laura H. Posner
      Cohen, Milstein, Sellers Toll PLLC
      88 Pine Street, 14th Floor
      New York, NY 10005
      lposner@cohenmilstein.com

      s/ Gregory S. Ballard