UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LEWIS COSBY, <br> KENNETH R. MARTIN, <br> as beneficiary of the <br> Kenneth Ray Martin Roth IRA, and <br> MARTIN WEAKLEY, <br> on behalf of themselves and <br> all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KPMG, LLP, <br><br> Defendant. | No.: 3:16-cv-121-TAV-DCP |

## AGREED ORDER REGARDING
## EXTENSION OF CLASS CERTIFICATION DATES

The parties, by agreement, propose that the Court extend the deadlines associated with Plaintiffs' motion for class certification. As evidenced by the signatures of counsel for the parties below, and for good cause shown, it is hereby **ORDERED AS FOLLOWS**:

1. KPMG's Emergency Motion to Extend Class Certification Dates [Doc. 120] is **WITHDRAWN**; and

2. The Court maintains the existing stay, but extends the class certification deadlines which are an exception to the stay [Doc. 109] as follows:

| Event | Due date | **Altering the listed paragraphs of the Modified Scheduling Order [Doc. 96]** |
|---|---|---|
| Plaintiffs' (revised) expert report in support of their motion for class certification | April 19, 2019 | ¶ 2(e)(ii) & ¶ 2(e)(v) |
| Deposition of Plaintiffs' expert regarding the modifications to his initial report | April 25, 2019 | ¶ 2(e)(vi) |

| Service of KPMG's expert report in opposition to class certification | May 13, 2019 | ¶ 2(e)(iii) & ¶ 2(e)(vii) |
|---|---|---|
| KPMG's opposition to class certification | May 21, 2019 | ¶ 2(e)(iii) & ¶ 2(e)(vii) |
| Deposition of KPMG's expert | June 4, 2019 | ¶ 2(e)(viii) |
| Plaintiffs' reply in further support of their motion for class certification | June 14, 2019 | ¶ 2(e)(iv) |

IT IS SO ORDERED.

<u>s/ Thomas A. Varlan</u>
UNITED STATES DISTRICT JUDGE


**APPROVED AND SUBMITTED FOR ENTRY:**

<u>s/ Paul S. Davidson</u>
WALLER LANSDEN DORTCH & DAVIS, LLP
Paul S. Davidson (TN BPR # 011789)
Tera Rica Murdock (TN BPR #028153)
511 Union Street, Suite 2700
Nashville, TN 37219
Phone: 615-244-6380
Email: paul.davidson@wallerlaw.com
Email: terarica.murdock@wallerlaw.com

MCDERMOTT WILL & EMERY LLP
Gregory G. Ballard (admitted pro hac vice)
340 Madison Avenue
New York, New York 10173
Telephone: +212-547-5330
Email: gballard@mwe.com

SIDLEY AUSTIN LLP
Gary F. Bendinger (admitted pro hac vice)
787 Seventh Avenue
New York, New York 10019
Telephone: +1 212 839-5300
Email: gbendinger@sidley.com

*Counsel for Defendant KPMG LLP*

s/ Laura H. Posner
s/Laura H. Posner (admitted pro hac vice)
Cohen, Milstein, Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005
lposner@cohenmilstein.com

Gordon Ball
W. Gordon Ball, Attorney At Law
7001 Old Kent Drive
Knoxville, TN 37919
gball@gordonball.com

Steven J. Toll
Cohen, Milstein, Sellers &Toll PLLC
1100 New York Avenue NW
Fifth Floor
Washington, DC 20005-3934
stoll@cohenmilstein.com

*Counsel for Plaintiffs*