IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| LEWIS COSBY, KENNETH R. MARTIN, as beneficiary of the Kenneth Ray Martin Roth IRA and MARTIN WEAKLEY on behalf of themselves and all other similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>KPMG LLP,<br><br>    Defendant. | Civil Action No. 3:16-cv-00121<br>Judge Thomas A. Varlan<br>Magistrate Judge Debra C. Poplin |

## NOTICE OF CHANGE IN CONTACT INFORMATION

Ludwig von Rigal, attorney for Defendant KPMG LLP admitted *pro hac vice* in this matter, files this Notice advising that his contact information has changed, effective immediately.

| **FROM:** | **TO:** |
|---|---|
| Sidley Austin LLP | McDermott Will & Emery LLP |
| 787 Seventh Avenue | 340 Madison Avenue |
| New York, New York 10019 | New York, New York 10173-1922 |
| Telephone: 212-839-5538 | Telephone: 212-547-5588 |
| Email: lvonrigal@sidley.com | Email: lvonrigal@mwe.com |

Dated: May 9, 2019

Respectfully submitted:

 s/ Ludwig v. Riagl
 McDermott Will & Emery LLP
 340 Madison Avenue
 New York, New York 10173-122
 Telephone: 212-547-5588
 Email: lvonrigal@mwe.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 9, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      Gordon Ball
W. Gordon Ball, Attorney At Law
7001 Old Kent Drive
Knoxville, TN 37919
gball@gordonball.com

      Steven J. Toll
Cohen, Milstein, Sellers Toll PLLC
1100 New York Avenue NW
Fifth Floor
Washington, DC 20005-3934
stoll@cohenmilstein.com

      Laura H. Posner
Cohen, Milstein, Sellers Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005
lposner@cohenmilstein.com

      s/ Ludwig v. Rigal