UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LEWIS COSBY, KENNETH MARTIN, as beneficiary of the Kenneth Ray Martin Roth IRA, and MARTIN WEAKLEY, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>KPMG LLP,<br><br>   Defendant. | Civil Action No. 3:16-cv-00121-TAV-DCP |

## JOINT MOTION OF THE PARTIES TO EXCEED PAGE LIMITATION

Pursuant to Individual Preference No. 14 of both the U.S. District Judge Varlan's and U.S. Magistrate Judge Poplin's Individual Preferences, Plaintiffs and Defendant in the above-captioned action jointly move the Court to enter an order permitting excess pages for Defendant's Opposition to Plaintiffs' Motion for Class Certification and for Plaintiffs' Reply in Further Support of its Motion for Class Certification.

Local Rule 7.1(b) provides that briefs "shall not exceed 25 pages in length unless otherwise ordered by the Court." E.D. Tenn. R. 7.1(b). In light of the complexity of this action, however, Plaintiffs and Defendant believe that it is in their best interest and in the interest of justice to seek a reasonable number of excess pages.[1] Accordingly, Plaintiffs and Defendant move that Defendant be bound by a page limit of **35 pages** for its Opposition to Plaintiffs' Motion for Class Certification

---

[1] U.S. District Judge Varlan's Individual Preference No. 14 provides that: "The page limitations established by Local Rule 7.1(b) should ordinarily be followed. Reasonable requests to exceed the page limitations in complex cases, however, may be granted." U.S. Magistrate Judge Poplin's Individual Preference No. 14 provides that: "Reasonable requests to exceed the page limitation are usually granted."

due to be filed on May 21, 2019, and that Plaintiffs be bound by a page limit of **30 pages** for its Reply in Further Support of its Motion for Class Certification due to be filed on June 14, 2018.[2]

Dated: May 17, 2019.

Respectfully submitted,

s/Paul S. Davidson
Paul S. Davidson (TN BPR No. 011789)

WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: paul.davidson@wallerlaw.com

Gregory G. Ballard (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173
Telephone: (212) 547-5330
Facsimile: (212) 547-5444
Email: gballard@mwe.com

SIDLEY AUSTIN LLP
Gary F. Bendinger (admitted pro hac vice)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: gbendinger@sidley.com

*Attorneys for Defendant KPMG LLP*

---

[2] Plaintiffs moved for excess pages in connection with their Motion for Class Certification. *See* Motion to Exceed Page Limitation, ECF No. 103 and the Court granted the motion. *See* Order, ECF No. 104.

s/Laura H. Posner (*with permission*)
Laura H. Posner, Esq.
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, New York  10005
Telephone:     (212) 838-7797
Facsimile:      (212) 838-7745
Email:               lposner@cohenmilstein.com

Steven J. Toll, Esq.
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W., Suite 500
Washington, D.C.  20005
Telephone:     (202) 408-4600
Facsimile:      (202) 408-4699
Email:               stoll@cohenmilstein.com

s/Gordon Ball (*with permission*)
Gordon Ball, Esq.
GORDON BALL PLLC
550 W. Main Street, Suite 600
Knoxville, Tennessee  37902
Telephone:     (865) 525-7029
Facsimile:      (865) 525-4678
Email:               gball@gordonball.com

*Attorneys for Plaintiffs and the Proposed Class*

# **CERTIFICATE OF SERVICE**

      I hereby certify that on May 17, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      Laura H. Posner, Esq.
      COHEN MILSTEIN SELLERS & TOLL PLLC
      88 Pine Street, 14th Floor
      New York, New York 10005
      Telephone: (212) 838-7797
      Facsimile: (212) 838-7745
      Email: lposner@cohenmilstein.com

      Steven J. Toll, Esq.
      COHEN MILSTEIN SELLERS & TOLL PLLC
      1100 New York Avenue, N.W., Suite 500
      Washington, D.C. 20005
      Telephone: (202) 408-4600
      Facsimile: (202) 408-4699
      Email: stoll@cohenmilstein.com

      Gordon Ball, Esq.
      GORDON BALL PLLC
      550 W. Main Street, Suite 600
      Knoxville, Tennessee 37902
      Telephone: (865) 525-7029
      Facsimile: (865) 525-4678
      Email: gball@gordonball.com

      s/Paul S. Davidson
      Paul S. Davidson (TN BPR No. 011789)

      WALLER LANSDEN DORTCH & DAVIS, LLP
      Nashville City Center
      511 Union Street, Suite 2700
      Nashville, Tennessee 37219
      Telephone: (615) 244-6380
      Facsimile: (615) 244-6804
      Email: paul.davidson@wallerlaw.com

      *Attorneys for Defendant KPMG LLP*