IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

---

LEWIS COSBY, KENNETH R. MARTIN, as beneficiary of the Kenneth Ray Martin Roth IRA, and MARTIN WEAKLEY on behalf of themselves and all others similarly situated,

             Plaintiffs,

v.

KPMG LLP,

             Defendant.

No. 3:16-cv-00121-TAV-DCP

---

## KPMG LLP'S MOTION TO EXCLUDE THE REPORTS AND TESTIMONY OF CHAD COFFMAN

KPMG LLP ("KPMG") moves the Court, pursuant to Federal Rule of Evidence 702 to exclude the reports and testimony of Chad Coffman. Mr. Coffman's reports and opinions – regarding the purported efficiency of the markets for Miller Energy's securities and whether damages can be calculated on a class-wide basis – are unreliable for reasons set forth in the accompanying memorandum of law, filed contemporaneously herewith.

KPMG requests that the Court hold an evidentiary hearing on the (lack of) reliability of Mr. Coffman's opinions.

Dated: May 21, 2019
                                      Respectfully submitted,

                                      */s/ Gregory Ballard*
                                      MCDERMOTT WILL & EMERY LLP
                                      Gregory G. Ballard (admitted pro hac vice)
                                      Ludwig von Rigal (admitted pro hac vice)
                                      340 Madison Avenue
                                      New York, New York 10173
                                      Telephone: +212-547-5330

Email: gballard@mwe.com
Email: lvonrigal@mwe.com

WALLER LANSDEN DORTCH & DAVIS, LLP
Paul S. Davidson (TN BPR # 011789)
Tera Rica Murdock (TN BPR #028153
511 Union Street, Suite 2700
Nashville, TN 37219
Phone: 615-244-6380
Email: paul.davidson@wallerlaw.com
Email: terarica.murdock@wallerlaw.com

SIDLEY AUSTIN LLP
Gary F. Bendinger (admitted pro hac vice)
787 Seventh Avenue
New York, New York 10019
Telephone: +1 212 839-5300
Email: gbendinger@sidley.com

Counsel for Defendant KPMG LLP

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served to the following individuals via the CM/ECF system this 21st day of May, 2019:

Gordon Ball
W. Gordon Ball, Attorney At Law
7001 Old Kent Drive
Knoxville, TN 37919
gball@gordonball.com

Steven J. Toll
Cohen, Milstein, Sellers Toll PLLC
1100 New York Avenue NW
Fifth Floor
Washington, DC 20005-3934
stoll@cohenmilstein.com

Laura H. Posner
Cohen, Milstein, Sellers Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005
lposner@cohenmilstein.com

*/s/ Gregory Ballard*
Gregory Ballard