**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

---------------------------------------------------------------X
                            :

LEWIS COSBY, KENNETH R. MARTIN, as      :    No. 3:16-cv-00121-TAV-DCP
beneficiary of the Kenneth Ray Martin Roth IRA,  :
and MARTIN WEAKLEY on behalf of themselves  :
and all others similarly situated,              :
                            :
                 Plaintiffs,    :
                            :
             v.                 :
                            :
KPMG, LLP,                        :
                            :
                 Defendant.   :
---------------------------------------------------------------X

## KPMG LLP'S MOTION TO FILE UNDER SEAL

Pursuant to Local Rule 26.2, KPMG LLP ("KPMG") submits this motion to file under

seal its Opposition to ECF Nos. 107, 108-1 (Plaintiffs' Motion to Certify the Classes, Appoint

Class Representatives, and Appoint Class Counsel and Plaintiffs' Corrected Motion to Certify

the Classes, Appoint Class Representatives, and Appoint Class Counsel) ("the Opposition")

because it contains information designated by Plaintiffs as "Confidential" pursuant to the Agreed

Confidentiality Stipulation and Order (the "Confidentiality Order") (ECF No. 90), and because

Plaintiffs have refused to consent to the filing of this information except under seal pursuant to

paragraph 9 of that Confidentiality Order. The information designated by Plaintiffs as

confidential is one exhibit (Exhibit 18) attached to the Declaration of Ludwig von Rigal in

Support of KPMG LLP's Opposition to Plaintiffs' Motion to Certify the Classes, Appoint Class

Representatives, and Appoint Class Counsel, as well as a brief reference to the contents of that

exhibit in the Opposition at page 23. KPMG's counsel does not agree that the information is

confidential. (*See* ECF No. 105.) KPMG files this motion because the protective order in this case mandates such treatment of information designated as confidential by another party.

KPMG respectfully requests that the Court rule on this motion to file under seal after affording Plaintiffs and their counsel an opportunity to respond and substantiate whether the information is in fact properly designated confidential.

Dated: May 21, 2019                          Respectfully submitted,


*/s/ Gregory Ballard*
**MCDERMOTT WILL & EMERY LLP**
Gregory G. Ballard (admitted pro hac vice)
Ludwig von Rigal (admitted pro hac vice)
340 Madison Avenue
New York, New York 10173
Telephone: +212-547-5330
Email: gballard@mwe.com
Email: lvonrigal@mwe.com

**WALLER LANSDEN DORTCH & DAVIS, LLP**
Paul S. Davidson (TN BPR # 011789)
Tera Rica Murdock (TN BPR #028153
511 Union Street, Suite 2700
Nashville, TN 37219
Phone: 615-244-6380
Email: paul.davidson@wallerlaw.com
Email: terarica.murdock@wallerlaw.com

**SIDLEY AUSTIN LLP**
Gary F. Bendinger (admitted pro hac vice)
787 Seventh Avenue
New York, New York 10019
Telephone: +1 212 839-5300
Email: gbendinger@sidley.com
Email: gballard@sidley.com


*Counsel for Defendant KPMG LLP*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and exact copy of the foregoing has been served to the following individuals via the CM/ECF system and e-mail this 21th day of May, 2019:

Gordon Ball
W. Gordon Ball, Attorney At Law
7001 Old Kent Drive
Knoxville, TN 37919
gball@gordonball.com

Steven J. Toll
Cohen, Milstein, Sellers Toll PLLC
1100 New York Avenue NW
Fifth Floor
Washington, DC 20005-3934
stoll@cohenmilstein.com

Laura H. Posner
88 Pine Street, 14th Floor
New York, NY 10005
lposner@cohenmilstein.com

*/s/ Gregory Ballard*
Gregory Ballard