# Exhibit B

John A. Yanchunis (*Pro Hac Vice*)
JYanchunis@ForThePeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
T: 813-223-5505
F: 813-223-5402 (fax)

Ariana J. Tadler (*Pro Hac Vice*)
ATadler@Milberg.com
**MILBERG TADLER PHILLIPS**
**GROSSMAN LLP**
One Penn Plaza
New York, New York
T: 212-594-5300
F: 212-868-1229

Andrew N. Friedman (*Pro Hac Vice*)
AFriedman@CohenMilstein.com
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Ave, 5th Floor
Washington, DC 20005
T: 202-408-4600
F: 202-408-4699

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA ECHAVARRIA, an individual and California resident, and DERRICK WALKER, an individual and Virginia resident,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | No. C 18-cv-06583 WHA<br>*Consolidated with:*<br>No. C 18-cv-05982 WHA<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

536290.1

PLEASE TAKE NOTICE that Plaintiff Angeles Meneses files this Notice of Voluntary Dismissal of her claims against Defendant, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Plaintiff's dismissal is without prejudice to participate and/or recover as a class member in this action.  This Notice of Voluntary Dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

DATE: March 7, 2019

Respectfully submitted,

s/ *John A. Yanchunis*
John A. Yanchunis (*Pro Hac Vice*)
JYanchunis@ForThePeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
T: 813-223-5505
F: 813-223-5402 (fax)

Andrew N. Friedman (*Pro Hac Vice*)
AFriedman@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW
East Tower, 5th Floor
Washington, DC  20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408-4699

Ariana J. Tadler (*Pro Hac Vice*)
ATadler@Milberg.com
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
One Penn Plaza
New York, New York
T: 212-594-5300
F: 212-868-1229

***Co-Lead Counsel for Plaintiffs***