# Exhibit L

| | |
|---|---|
| John A. Yanchunis (*Pro Hac Vice*) | Andrew N. Friedman (*Pro Hac Vice*) |
| JYanchunis@ForThePeople.com | AFriedman@CohenMilstein.com |
| **MORGAN & MORGAN COMPLEX LITIGATION GROUP** | **COHEN MILSTEIN SELLERS & TOLL, PLLC** |
| 201 N. Franklin Street, 7th Floor | 1100 New York Ave, 5th Floor |
| Tampa, Florida 33602 | Washington, DC 20005 |
| T: 813-223-5505 | T: 202-408-4600 |
| F: 813-223-5402 | F: 202-408-4699 |

Ariana J. Tadler (*Pro Hac Vice*)
ATadler@Milberg.com
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
One Penn Plaza
New York, New York
T: 212-594-5300
F: 212-868-1229

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JASPER SCHMIDT, an individual and California resident, WILLIAM BASS JR., an individual and California resident, JILL HERR, an individual and New York resident, STEPHEN ADKINS, an individual and Michigan resident, and DENISE BROWN-WELLS, an individual and Florida resident,<br><br>            Plaintiffs,<br><br>     vs.<br><br>FACEBOOK, INC.,<br><br>            Defendant. | No. C 18-cv-06263 WHA<br>      *Consolidated with:*<br>No. C 18-cv-05982 WHA<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

539289.1

1  PLEASE TAKE NOTICE that Plaintiff Jill Herr files this Notice of Voluntary Dismissal of her
2  claims against Defendant, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules
3  of Civil Procedure.  Plaintiffs' dismissal is without prejudice to participate and/or recover as
4  class members in this action.  This Notice of Voluntary Dismissal is being filed with the Court
5  before service by Defendant of either an answer or a motion for summary judgment.

DATE: May 30, 2019

Respectfully submitted,

s/ *John A. Yanchunis*
John A. Yanchunis (*Pro Hac Vice*)
JYanchunis@ForThePeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
T: 813-223-5505
F: 813-223-5402

Andrew N. Friedman (*Pro Hac Vice*)
AFriedman@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW
East Tower, 5th Floor
Washington, DC 20005
T: 202-408-4600
F: 202-408-4699

Ariana J. Tadler (*Pro Hac Vice*)
ATadler@Milberg.com
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
One Penn Plaza
New York, New York
T: 212-594-5300
F: 212-868-1229

*Counsel for Plaintiffs*