# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| LEWIS COSBY, KENNETH R. MARTIN, as beneficiary of the Kenneth Ray Martin Roth IRA and MARTIN WEAKLEY on behalf of themselves and all other similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>KPMG LLP,<br><br>    Defendant. | Civil Action No. 3:16-cv-00121<br>Judge Thomas A. Varlan<br>Magistrate Judge Debra C. Poplin |

## KPMG'S NOTICE OF WITHDRAWAL OF COUNSEL

Tera Rica Murdock of Waller Lansden Dortch & Davis, LLP ("Waller"), gives notice to the Court and all parties that she withdraws as counsel of record for Defendant KPMG LLP in the above-captioned action. Ms. Murdock will no longer be associated with Waller after November 30, 2019, and Ms. Murdock will no longer serve as legal counsel for KPMG LLP. KPMG LLP has consented to Ms. Murdock's withdrawal as counsel. KPMG LLP will continue to be represented in the above-captioned matter by Mr. Paul Davidson of Waller, Mr. Gregory Ballard of McDermott Will & Emery LLP, and Mr. Gary Bendinger of Sidley Austin LLP.

    Respectfully submitted,

    s/ Tera Rica Murdock
    WALLER LANSDEN DORTCH & DAVIS, LLP
    Paul S. Davidson (TN BPR # 011789)
    Tera Rica Murdock (TN BPR #028153)
    511 Union Street, Suite 2700
    Nashville, TN 37219
    Phone: 615-244-6380
    Email: paul.davidson@wallerlaw.com
    Email: terarica.murdock@wallerlaw.com

MCDERMOTT WILL & EMERY LLP
Gregory G. Ballard (admitted pro hac vice)
340 Madison Avenue
New York, New York 10173
Telephone: +212-547-5330
Email: gballard@mwe.com

SIDLEY AUSTIN LLP
Gary F. Bendinger (admitted pro hac vice)
787 Seventh Avenue
New York, New York 10019
Telephone: +1 212 839-5300
Email: gbendinger@sidley.com

Counsel for Defendant KPMG LLP

2

# CERTIFICATE OF SERVICE

      I hereby certify that on November 26, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

>Gordon Ball
>W. Gordon Ball, Attorney At Law
>7001 Old Kent Drive
>Knoxville, TN 37919
>gball@gordonball.com
>
>Steven J. Toll
>Cohen, Milstein, Sellers Toll PLLC
>1100 New York Avenue NW
>Fifth Floor
>Washington, DC 20005-3934
>stoll@cohenmilstein.com
>
>Laura H. Posner
>Cohen, Milstein, Sellers Toll PLLC
>88 Pine Street, 14th Floor
>New York, NY 10005
>lposner@cohenmilstein.com

                                              s/ Tera Rica Murdock