IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| LEWIS COSBY, KENNETH R. MARTIN, as beneficiary of the Kenneth Ray Martin Roth IRA and MARTIN WEAKLEY on behalf of themselves and all other similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>KPMG LLP,<br><br>    Defendant. | Civil Action No. 3:16-cv-00121<br>Judge Thomas A. Varlan<br>Magistrate Judge Debra C. Poplin |

## NOTICE OF CHANGE IN CONTACT INFORMATION

Gary Bendinger, attorney for Defendant KPMG LLP admitted *pro hac vice* in this matter, files this Notice advising that his contact information has changed, effective immediately.

| **FROM:** | **TO:** |
|---|---|
| Sidley Austin LLP | Lewis Roca Rothgerber Christie LLP |
| 787 Seventh Avenue | 201 E. Washington Street, Ste. 1200 |
| New York, New York 10019 | Phoenix, AZ 85004 |
| Telephone: 212-839-5300 | Telephone: 602-262-5353 |
| Email: gbendinger@sidley.com | Email: gbendinger@lrrc.com |

Dated: January 22, 2020

Respectfully submitted:

s/ Gary Bendinger
Lewis Roca Rothgerber Christie LLP
201 E. Washington Street, Ste. 1200
Phoenix, AZ 85004
Telephone: 602-262-5353
Email: gbendinger@lrrc.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 22, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      Gordon Ball
      W. Gordon Ball, Attorney At Law
      7001 Old Kent Drive
      Knoxville, TN 37919
      gball@gordonball.com

      Steven J. Toll
      Cohen, Milstein, Sellers Toll PLLC
      1100 New York Avenue NW
      Fifth Floor
      Washington, DC 20005-3934
      stoll@cohenmilstein.com

      Laura H. Posner
      Cohen, Milstein, Sellers Toll PLLC
      88 Pine Street, 14th Floor
      New York, NY 10005
      lposner@cohenmilstein.com

      s/ Paul S. Davidson