IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

```
-----------------------------------------------------------X
                                                           :
LEWIS COSBY, KENNETH R. MARTIN, as                         :   No. 3:16-cv-00121-TAV-DCP
beneficiary of the Kenneth Ray Martin Roth IRA,            :
and MARTIN WEAKLEY on behalf of themselves                 :
and all others similarly situated,                         :
                                                           :
                                    Plaintiffs,            :
                                                           :
                  v.                                       :
                                                           :
KPMG, LLP,                                                 :
                                                           :
                                    Defendant.             :
-----------------------------------------------------------X
```

## KPMG LLP's MOTION TO STAY ALL PROCEEDINGS PENDING A DECISION ON ITS PARTIAL MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

KPMG, LLP ("KPMG") moves the Court, pursuant to the Private Securities Litigation Reform Act (the "PSLRA"), to stay all proceedings pending a decision on its partial motion to dismiss the Third Amended Class Action Complaint dated July 13, 2020 (the "Motion to Dismiss").

On July 13, 2020, Plaintiffs filed their Third Amended Complaint in which, among other changes, they added two new plaintiffs, removed two plaintiffs, and made significant changes to the Section 11 claim and allegations. (ECF No. 174.) Pursuant to Federal Rule of Civil Procedure 15(a)(3), KPMG filed its Motion to Dismiss (ECF No. 180), and the accompanying memorandum of law (ECF No. 181), on July 27, 2020. Under Local Rule 7.1, Plaintiffs' opposition to the Motion to Dismiss is due on August 17, 2020.

Pursuant to the PSLRA, which provides that "*all* discovery and other proceedings *shall* be stayed during the pendency of *any* motion to dismiss," (15 U.S.C. § 78u-4(b)(3)(B) (emphasis

added)), the filing of the Motion to Dismiss on July 27, 2020 automatically stayed all discovery and other proceedings in this litigation. As required by the statute, this Court should recognize that all proceedings—including discovery, the pending class certification motion, and the pending objections to and appeals from the Magistrate Judge's rulings—are stayed until the Court rules on the Motion to Dismiss.

KPMG further relies on its Memorandum of Law filed contemporaneously herewith.

KPMG requests that the Court grant its motion to stay all proceedings pending a decision on its Motion to Dismiss.

Dated: July 31, 2020

Respectfully submitted,

*/s/ Gregory G. Ballard*
MCDERMOTT WILL & EMERY LLP
Gregory G. Ballard (admitted *pro hac vice*)
Ludwig von Rigal (admitted *pro hac vice*)
340 Madison Avenue
New York, New York 10173
Telephone: 212-547-5330
Email: gballard@mwe.com
Email: lvonrigal@mwe.com

Allyson E. Riemma (admitted *pro hac vice*)
444 West Lake Street
Chicago, IL 60606
Telephone: 312-372-2000
Email: ariemma@mwe.com

WALLER LANSDEN DORTCH & DAVIS, LLP
Paul S. Davidson (TN BPR # 011789)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: 615-244-6380
Email: paul.davidson@wallerlaw.com

LEWIS ROCA ROTHGERBER CHRISTIE LLP
Gary F. Bendinger (admitted *pro hac vice*)
201 East Washington Street, Suite 1200

2

Case 3:16-cv-00121-TAV-DCP   Document 187   Filed 07/31/20   Page 2 of 4   PageID #: 19626

Phoenix, AZ 85004
Telephone: 602-262-5353
Email: gbendinger@lrrc.com

*Counsel for Defendant KPMG LLP*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on July 31, 2020, a copy of the foregoing was filed electronically and served via the Court's CM/ECF system on the following:

Laura H. Posner, Esq.
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, New York 10005

Steven J. Toll, Esq.
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W., Suite 500
Washington, D.C. 20005

Gordon Ball, Esq.
GORDON BALL PLLC
550 W. Main Street, Suite 600
Knoxville, Tennessee 37902

*Attorneys for Plaintiffs*

                                                            */s/ Gregory G. Ballard*