UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LEWIS COSBY,<br>KENNETH R. MARTIN,<br>as beneficiary of the<br>Kenneth Ray Martin Roth IRA, and<br>MARTIN WEAKLEY,<br>on behalf of themselves and<br>all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>KPMG, LLP,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    No.:   3:16-CV-121-TAV-DCP<br>)<br>)<br>)<br>) |

## ORDER

WHEREAS, on June 29, 2020, Magistrate Judge Poplin issued, among other things: (1) a Report and Recommendation that Plaintiffs' Motion to Certify the Classes, Appoint Class Representatives, and Appoint Class Counsel [Doc. 172] be granted (the "Class Certification R&R"); (2) a Memorandum and Order denying in part and granting in part Defendant's Motion to Exclude the Reports and Testimony of Chad Coffman [Doc. 171] (the "Daubert Order"); and (3) a Memorandum and Order granting Plaintiffs' Motion to Substitute [Doc. 167] and ordering Plaintiffs to file an amended complaint substituting the names of the Plaintiffs within 14 days (together, the "June 29, 2020 Recommendations and Orders");

WHEREAS, on July 2, 2020, the Court entered an Order regarding the scheduling for the filing of objections to or appeals from the June 29, 2020 Recommendations and Orders (the "July 2 Order");

WHEREAS, on July 13, 2020, Plaintiffs filed a Third Amended Complaint;

WHEREAS, on July 27, 2020, the KPMG filed objections to the Class Certification R&R [Doc. 178] and the Daubert Order [Doc. 179], and Plaintiffs filed a limited objection to the Daubert Order [Doc. 177];

WHEREAS, on July 27, 2020, KPMG filed a Third Motion to Dismiss the Third Amended Complaint [Doc. 180];

WHEREAS, on July 31, 2020, KPMG filed a two-page Motion to Stay all Proceedings Pending a Decision on its Partial Motion to Dismiss the Third Amended Complaint (the "Motion to Stay"), supported by a six-page memorandum [Doc. 187];

WHEREAS, pursuant to the Court's July 2 Order, the parties' oppositions to the objections are due on August 24, 2020; and

WHEREAS, pursuant to the Court's July 2 Order, the parties' replies in support of their objections are due on September 2, 2020;

WHEREAS, the Court instructed the parties that the Motion to Dismiss would be held in abeyance pending the filing of a motion to stay, responses, and briefing, all of which were to be filed on an expedited basis;

WHEREAS, Plaintiffs have now requested a briefing schedule for the Motion to Stay that would permit Plaintiffs to respond no later than September 25, 2020;

2

WHEREAS, KPMG opposes Plaintiffs' request for an extended briefing schedule on the Motion to Stay;

Therefore, in light of the above and KPMG's opposition to Plaintiffs' request, it is hereby **ORDERED AS FOLLOWS:**

1. Plaintiffs' Opposition to the Motion to Stay shall be filed no later than **Friday, August 14, 2020**; and

2. KPMG's Reply in Further Support of its Motion to Stay shall be filed no later than **Friday, August 21, 2020**.

IT IS SO ORDERED.

s/ Thomas A. Varlan<br>
UNITED STATES DISTRICT JUDGE