UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LEWIS COSBY, )<br>ERIC MONTAGUE, and )<br>MARTIN ZIESMAN, as Co-Trustee for the )<br>Carolyn K. Ziesman Revocable Trust, )<br>on behalf of themselves and )<br>all others similarly situated, )<br>)<br>       Plaintiffs, )<br>)<br>v. )<br>)<br>KPMG, LLP, )<br>)<br>       Defendant. ) | No.: 3:16-CV-121-TAV-DCP |

## ORDER

This case is currently stayed pending resolution of Plaintiffs' Motion to Certify the Classes, Appoint Class Representatives, and Appoint Class Counsel [Doc. 109]. The Court has ruled upon the motion, and the stay in effect is no longer required. Accordingly, the Clerk of Court is **DIRECTED** to **LIFT** the stay in this matter.

In light of the Court's decision to lift the stay, it is hereby **ORDERED** that the jury trial in this matter is set for **Tuesday, February 8, 2022, at 9:00 a.m.**, and the final pretrial conference is set for **Tuesday, February 1, 2022, at 2:30 p.m.** Any unexpired scheduling deadlines as of the date of entry of this order shall be applied as calculated from the new trial date and according to the same time limitations set forth in the Court's Modified Scheduling Order [Doc. 96].

IT IS SO ORDERED.

                                              s/ Thomas A. Varlan
                                              UNITED STATES DISTRICT JUDGE