IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

---

LEWIS COSBY, KENNETH R. MARTIN, as beneficiary of the Kenneth Ray Martin Roth IRA, and MARTIN WEAKLEY on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

KPMG LLP,

    Defendant.

No. 3:16-cv-00121-TAV-DCP

---

## DEFENDANT KPMG LLP'S MOTION TO STAY PROCEEDINGS PENDING APPEAL

Pursuant to Rule 23(f) of the Federal Rules of Civil Procedure, Defendant KPMG LLP ("KPMG") respectfully moves the Court to stay proceedings pending resolution of its Rule 23(f) petition for permission to appeal to the United States Court of Appeals for the Sixth Circuit.

On May 7, 2021, the Court entered an order certifying the respective classes on Plaintiffs' claims under the Sections 10(b) and 11 classes (the "Order"). (ECF No. 211.) The Order raises three related issues of significant practical importance to class certifications in securities cases arising under Section 10(b) of the Securities Exchange Act of 1934 and Section 11 of the Securities Act of 1933, which have produced widespread disagreement among district courts. Accordingly, on May 21, 2021 KPMG filed a Rule 23(f) petition for permission to appeal the Court's Order Granting Class Certification to the Sixth Circuit (the "Petition"). The Petition is currently pending before the Sixth Circuit and that Court's decision will have a potentially dispositive impact on this case.

In determining whether a stay is appropriate, the Court should consider: (1) the likelihood that KPMG will prevail on the merits of the appeal; (2) the likelihood that KPMG will be irreparably harmed absent a stay; (3) the prospect that Plaintiffs will be harmed by a stay; and (4) the public interest in granting a stay. *See Grutter v. Bollinger*, 247 F.3d 631, 632 (6th Cir. 2001) (internal citation omitted). Here, all four factors weigh in favor of a stay. First, KPMG has shown a likelihood of success on the merits. The Order certifying the Section 10(b) class implicates two unsettled issues of law in the Sixth Circuit: (1) whether a defendant can rebut the *Basic* presumption of reliance with evidence that the alleged misrepresentation did not result in a price increase; and (2) whether the *Affiliated Ute* presumption of reliance applies in a case primarily concerning misstatements. In addition, the Order certifying the Section 11 class held that the

1

class representative did not need to demonstrate standing to bring the class's claim at the class certification stage. However, other courts have squarely rejected that view.

Second, KPMG will be irreparably harmed if the stay is not granted; whereas the issuance of a stay pending resolution of the Petition will not prejudice Plaintiffs. Finally, public interest will be advanced by the issuance of a stay – proceeding without clarification from the Sixth Circuit on these important and unsettled legal issues would be a waste of judicial and party resources.

For the reasons stated herein and in the accompanying memorandum of law, KPMG respectfully requests that this Court enter an Order staying the proceedings in this case pending resolution of its Rule 23(f) petition currently pending in the Sixth Circuit.

Dated: May 21, 2021  Respectfully submitted,

  /s/ Gregory G. Ballard
MCDERMOTT WILL & EMERY LLP
Gregory G. Ballard (admitted *pro hac vice*)
Ludwig von Rigal (admitted *pro hac vice*)
340 Madison Avenue
New York, New York 10173
Telephone: 212-547-5330
Email: gballard@mwe.com
Email: lvonrigal@mwe.com

Allyson E. Riemma (admitted *pro hac vice*)
444 West Lake Street
Chicago, IL 60606
Telephone: 312-372-2000
Email: ariemma@mwe.com

WALLER LANSDEN DORTCH & DAVIS, LLP
Paul S. Davidson (TN BPR # 011789)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: 615-244-6380
Email: paul.davidson@wallerlaw.com

2
Case 3:16-cv-00121-TAV-DCP   Document 213   Filed 05/21/21   Page 3 of 5   PageID #: 20809

LEWIS ROCA ROTHGERBER CHRISTIE LLP
Gary F. Bendinger (admitted *pro hac vice*)
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone: 602-262-5353
Email: gbendinger@lrrc.com

*Counsel for Defendant KPMG LLP*

3

## CERTIFICATE OF SERVICE

       I hereby certify that a true and exact copy of the foregoing has been served to the following individuals via the CM/ECF system and e-mail this 21st day of May, 2021:

Gordon Ball
W. Gordon Ball, Attorney At Law
7001 Old Kent Drive
Knoxville, TN 37919
gball@gordonball.com

Steven J. Toll
Cohen, Milstein, Sellers Toll PLLC
1100 New York Avenue NW
Fifth Floor
Washington, DC 20005-3934
stoll@cohenmilstein.com

Laura H. Posner
88 Pine Street, 14th Floor
New York, NY 10005
lposner@cohenmilstein.com

                                                */s/ Gregory G. Ballard*
                                                Gregory Ballard