IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

---

LEWIS COSBY, ERIC MONTAGUE, and
MARTIN ZIESMAN, as Co-Trustee for the Carolyn
K. Ziesman Revocable Trust, on behalf of
themselves and all others similarly situated,

        Plaintiffs,

    v.

KPMG LLP,

        Defendant.

No. 3:16-cv-00121-TAV-DCP

---

## [PROPOSED] THIRD SCHEDULING ORDER

This matter is before the Court on the parties' Joint Status Report pursuant to paragraph 3 of the Modified Scheduling Order (ECF No. 96) and Order (ECF No. 212). Counsel for Plaintiffs Lewis Cosby, Eric Montague, and Martin Ziesman, as Co-Trustee for the Carolyn K. Ziesman Revocable Trust, on behalf of themselves and all others similarly situated ("Plaintiffs") and Counsel for Defendant KPMG LLP ("KPMG") are in agreement on this [Proposed] Third Scheduling Order.

**IT IS THEREFORE ORDERED** that the [Proposed] Third Scheduling Order is entered as follows:

1. Document Production to be completed by September 10, 2021;

2. Fact Discovery to be completed by December 8, 2021;

3. Plaintiffs' Expert Reports to be served by December 23, 2021;

4. Defendant's Rebuttal Expert Reports to be served by January 24, 2022;

5. Plaintiffs' Reply Expert Reports to be served by February 14, 2022; and

6. Expert Discovery to be completed by March 4, 2022.

_____
Hon. Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**

Dated: August 4, 2021

COHEN MILSTEIN SELLERS & TOLL PLLC
Laura H. Posner
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: 212-838-7797
Email: lposner@cohenmilstein.com

COHEN MILSTEIN SELLERS & TOLL PLLC
Steven J. Toll
Jan Messerschmidt
1100 New York Ave NW, Suite 500
Washington, DC 20005
Telephone: 202-408-4600
Fax: 202-408-4699
Email: stoll@cohenmilstein.com
Email: jmesserschmidt@cohenmilstein.com

GORDON BALL
Gordon Ball
550 W. Main Street
Suite 600
Knoxville, TN 37902
Telephone: 865-525-7029
Email: gball@gordonball.com

*Counsel for Plaintiffs*

Respectfully submitted,

*/s/ Gregory G. Ballard*
MCDERMOTT WILL & EMERY LLP
Gregory G. Ballard (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017
Telephone: 212-547-5330
Email: gballard@mwe.com

WALLER LANSDEN DORTCH & DAVIS, LLP
Paul S. Davidson (TN BPR # 011789)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: 615-244-6380
Email: paul.davidson@wallerlaw.com

LEWIS ROCA ROTHGERBER CHRISTIE LLP
Gary F. Bendinger (admitted *pro hac vice*)
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone: 602-262-5353
Email: gbendinger@lrrc.com

*Counsel for Defendant KPMG LLP*