UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LEWIS COSBY,<br>ERIC MONTAGUE, and<br>MARTIN ZIESMAN, as Co-Trustee for<br>the Carolyn K. Ziesman Revocable Trust,<br>on behalf of themselves and<br>all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>KPMG, LLP,<br><br>    Defendant. | No.: 3:16-CV-121-TAV-DCP |

## ORDER

Pursuant to Local Rule 68.3, the Court hereby **REFERS** this civil action to the Honorable Christopher H. Steger, United States Magistrate Judge, for a judicially-hosted settlement conference to be held within **ninety (90) days** of the entry of this Order. Judge Steger's chambers will contact counsel for the parties to schedule the conference and any related matters.

In light of the referral for a judicially-hosted settlement conference, this action is **STAYED** until the conclusion of the settlement conference.

IT IS SO ORDERED.

              s/ Thomas A. Varlan
              UNITED STATES DISTRICT JUDGE