UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LEWIS COSBY, ERIC MONTAGUE, and MARTIN ZIESMAN, as Co-Trustee for the Carolyn K. Ziesman Revocable Trust, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KPMG, LLP, <br><br> Defendant. | No.: 3:16-CV-121-TAV-DCP |

## ORDER

This civil action is before the Court on Lead Plaintiffs' Motion to Modify Stay [Doc. 226]. Plaintiffs moved to modify this Court's order staying this case [Doc. 225] to require defendant KPMG to complete certain document production. Plaintiffs asserted the requested discovery would assist resolving this case, particularly in light of a scheduled judicially-hosted settlement conference.

However, the judicially-hosted settlement conference has already occurred, and indeed, the parties agreed to a resolution of this case [Doc. 232]. Therefore, plaintiffs' motion [Doc. 226] is **DENIED as moot**.

IT IS SO ORDERED.

s/ Thomas A. Varlan<br>
UNITED STATES DISTRICT JUDGE