# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LEWIS COSBY, ERIC MONTAGUE, and MARTIN ZIESMAN, as Co-Trustee for the Carolyn K. Ziesman Revocable Trust, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KPMG LLP,<br><br>Defendant. | Case No. 3:16-cv-121-TAV-DCP |

## LEAD PLAINTIFFS' AND CLASS REPRESENTATIVES' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Lewis Cosby, Eric Montague, and Martin Ziesman, as Co-Trustee for the Carolyn K. Ziesman Revocable Trust, move the Court, in Courtroom 4 of the Howard H. Baker, Jr. United States Courthouse, 800 Market Street, Knoxville, Tennessee, at a date and time to be set by the Court, for an order: (i) preliminary approving the class action settlement; (ii) approving the form and manner of notice to Class Members; and (iii) scheduling a Fairness Hearing on final approval of the Settlement and Lead Counsel's motion for an award of attorneys' fees and reimbursement of Lead Counsel's and Plaintiffs' Litigation Expenses.

This Motion is based upon the accompanying Memorandum of Law in Support of Lead Plaintiffs' and Class Representatives' Unopposed Motion for Preliminary Approval of Class Action Settlement and the supporting Declaration of Laura H. Posner.

Date: March 14, 2022                    Respectfully submitted,

/s/ Laura H. Posner
Laura H. Posner

Cohen Milstein Sellers
& Toll PLLC
Laura H. Posner
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 220-2925
Fax: (212) 838-7745
lposner@cohenmilstein.com

Steven J. Toll
Susan G. Taylor
Jan E. Messerschmidt
1100 New York Ave. NW, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
sgtaylor@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

Gordon Ball PLLC
Gordon Ball (TN BPR #001135)
7001 Old Kent Drive
Knoxville, TN 37919
Tel: (865) 525-7028
Fax: (865) 525-4679
gball@gordonball.com

*Co-Lead Counsel for Plaintiffs*