# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| Lewis Cosby, Eric Montague, and Martin Ziesman, as Co-Trustee for the Carolyn K. Ziesman Revocable Trust, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Defendant LLP,<br><br>Defendant. | Case No. 3:16-cv-121-TAV-DCP |

### COHEN MILSTEIN SELLERS & TOLL PLLC'S MOTION FOR AN AWARD OF ATTORNEY'S FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND FOR FURTHER BRIEFING OR REFERRAL TO A MAGISTRATE JUDGE FOR THE APPROPRIATE DIVISION OF THE ATTORNEYS' FEE AWARD

Cohen, Milstein, Sellers & Toll PLLC, as Co-Lead Counsel to Plaintiffs Lewis Cosby, Eric Montague, and Martin Ziesman, as Co-Trustee for the Carolyn K. Ziesman Revocable Trust and Co-Lead Counsel for the Classes, moves the Court for an order awarding it attorneys' fees, reimbursement of its expenses, and for further briefing or referral to a magistrate judge for the appropriate division of the attorneys' fee award. This motion is based upon the accompanying memorandum of law and Declaration of Laura H. Posner in Support of (1) Plaintiffs' Motion for Final Approval of the Proposed Settlement, Plan of Allocation and Plaintiffs' Reimbursements, and (2) Cohen Milstein Sellers & Toll PLLC's Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses and for Further Briefing or Referral to a Magistrate Judge for the Appropriate Division of the Attorneys' Fee Award, the exhibits attached thereto, all other pleadings and matters of record, and such additional evidence or argument as may be presented at or before the hearing.

Date: May 31, 2022

Respectfully submitted,

/s/ Laura H. Posner
Laura H. Posner

COHEN MILSTEIN SELLERS & TOLL PLLC
Laura H. Posner
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 220-2925
Fax: (212) 838-7745
lposner@cohenmilstein.com

Steven J. Toll
Susan G. Taylor
Jan E. Messerschmidt
1100 New York Ave. NW, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
sgtaylor@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

*Co-Lead Counsel for Plaintiffs*