UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LEWIS COSBY, | ) |
| ERIC MONTAGUE, and | ) |
| MARTIN ZIESMAN, as Co-trustee for the | ) |
| Carolyn K. Ziesman Revocable Trust, | ) |
| on behalf of themselves and | ) |
| all others similarly situated, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )　　　No.:　3:16-CV-121-TAV-DCP |
| | ) |
| KPMG, LLP, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Pursuant to 28 U.S.C. § 636, it is hereby **ORDERED** that the motion for attorneys'

fees [Doc. 238] and motion to seal [Doc. 240] are hereby **REFERRED** to the Honorable

Debra C. Poplin, United States Magistrate Judge, for her consideration and determination

or report and recommendation, as may be appropriate.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE