**Richard N. Frank, Ph.D.**
*2601 Larkin Street*
*San Francisco, CA 94109*
*(415) 923-9501*
*RNFrank@aol.com*

June 15, 2022

Judge Thomas A Varlan
US District Court Eastern District of Tennessee
220 West Depot Street, Suite 200. Greeneville, Tennessee 37743

Dear Judge Varlan,

I have a problem. I am a class member in the Miller Energy -KPMG Securities Settlement litigation and several of the brokerage houses that I had transactions with during the period of litigation were able to send me their records on my holdings. The settlement administrator sent me a letter stating some of my holdings were with E*Trade but unlike Fidelity, E*Trade keeps no records after seven years. Since I got a letter mentioning my E*Trade account there must be someone who knows I had an account with Miller Energy holdings during the requisite period.

Could you find out who has the record of my E*Trade? So far the Plaintiff's law firms, and the Settlement company have not been helpful. I am 82 years old and not in the best of health.

Richard Frank



SAN FRANCISCO CA 940

Frank
2601 Larkin St.
San Francisco CA 94109

Judge Thomas A Varlan
US District Court, Eastern District
of Tennessee
220 West Depot St. Suite 260
Greenville TN 37743

37743-10050